**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

CAMERON AUDLEY DAWSON,

Plaintiff,

v. CIVIL ACTION NO. 3:26-0493

WEST VIRGINIA DIVISION OF
CORRECTIONS AND REHABILITATION,
WESTERN REGIONAL JAIL AND
CORRECTIONAL FACILITY,
JOHN DOE CORRECTIONAL OFFICERS 1-10,
JANE DOE CORRECTIONAL OFFICERS 1-5,
and other individuals whose identities are presently
unknown,

Defendants.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that this action be dismissed, without prejudice, and removed from the docket of the Court. No objections to the Magistrate Judge's findings and recommendations have been filed.

Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **ORDERS** that this action be dismissed, without prejudice, and removed from the docket of the Court, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: October 6, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE